UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MASTON WILLIS,<br>    *Plaintiff and Class Representative*,<br><br>    *vs.*<br><br>COMMISSIONER INDIANA DEPARTMENT OF<br>CORRECTION, *et al.*,<br>    *Defendants.* | )<br>)<br>)<br>)    1:09-cv-815-JMS-DML<br>)<br>)<br>)<br>) |

## ORDER

On December 8, 2010, this Court entered an injunction requiring the Commissioner of the Indiana Department of Correction (the "DOC") to adopt a kosher meal policy that complied with the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc-1(a). [Filing No. 114.] The DOC has adopted such a policy, but presently pending before the Court is a motion to intervene and to seek contempt remedies filed by DOC inmate Joseph Williams-Bey. [Filing No. 260.] The motion, filed *pro se*, requests that the Court allow Mr. Williams-Bey to intervene as a class representative and seek a finding from the Court that the DOC is in contempt for failing to provide him with kosher meals. [Filing No. 260.]

Based on the Court's review of the motions to intervene and for contempt, the Court **ORDERS** as follows:

- This matter remains a class action with an adequate class representative and competent class counsel, through whom Mr. Williams-Bey must seek relief before any petition to intervene will be addressed on the merits. Through the motion, Mr. Williams-Bey has not demonstrated that his interests are not being adequately represented either by the existing named plaintiff or by class counsel, or that class counsel has consented to the filing of the motion; and

- Accordingly, the motion to intervene and to seek contempt remedies that is currently pending, [Filing No. 260], is **DENIED WITHOUT PREJUDICE**.

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail:**

Joseph Williams-Bey
DOC# 910763
Indiana Department of Corrections
Indiana State Prison
One Park Row
Michigan City, IN 46360